# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOHN CARTER and CHRISTINE CARTER, | |
| Plaintiffs, | |
| vs. | 2:16-cv-02967-RFB-VCF |
| RICHLAND HOLDINGS, INC., *et al.*, | **ORDER** |
| Defendants. | |

      Before the Court are Defendants' Motion for Order to Produce Credit Reports (ECF No. 54) and Plaintiffs' First Motion for Extension of Time to Respond to Defendants' Motion to Produce Credit Reports (ECF No. 56).

      Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. No opposition was filed to the Motion For Extension of Time to Respond to Defendants' Motion to Produce Credit Reports (ECF No. 56). Plaintiffs have given good cause for the filing delay of the response to the motion for order to produce credit reports. *Id.*

      Accordingly, and for good cause shown,

      IT IS HEREBY ORDERED that Plaintiffs' First Motion for Extension of Time to Respond to Defendants' Motion to Produce Credit Reports (ECF No. 56) is GRANTED.

      IT IS FURTHER ORDERED that a hearing on Defendants' Motion for Order to Produce Credit Reports (ECF No. 54) is scheduled for 2:00 PM, January 4, 2018, in Courtroom 3D.

      DATED this 12th day of December, 2017.

                                                              CAM FERENBACH
                                                              UNITED STATES MAGISTRATE JUDGE