**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CARTER and CHRISTINE CARTER, | Case No.: 2:16-cv-02967-RFB-VCF |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO CONDUCT DEPOSITION BY REMOTE MEANS** |
| RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; RC WILLEY aka RC WILLEY FINANCIAL SERVICES, and RANDALL CORPORATION d/b/a BOWEN LAW OFFICES, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 30(b)(4), Plaintiffs John Carter and Christine Carter (together, "Plaintiffs"), by and through their attorney of record, Vernon Nelson, Esq. of The Law Office of Vernon Nelson, PLLC, and Defendant Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada ("AcctCorp"), by and through its attorneys of record, the law firm of Marquis Aurbach Coffing, hereby agree and stipulate as follows:

WHEREAS, AcctCorp served Notices of Intent to Issue Subpoenas and did cause to be served subpoenas for deposition testimony of the respective FRCP 30(b)(6) designees for several third-parties, including Experian Information Solutions, Inc.; Equifax; and TransUnion, for depositions to be conducted October 31, 2018; and upon Navy Federal Credit Union and Chase Bank, for depositions to be conducted November 1, 2018, at the offices of Marquis Aurbach

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Coffing, located at 10001 Park Run Drive, Las Vegas, NV 89145;

WHEREAS, TransUnion contacted AcctCorp's counsel and requested that the deposition be conducted via remote means to allow TransUnion's FRCP 30(b)(6) designee(s) as well as the parties and their respective counsel to avoid having to travel to or from Illinois or Pennsylvania for the anticipated deposition;

WHEREAS, on October 22, 2018, the parties submitted a stipulation [ECF No. 74] for a remote deposition as to TransUnion, which is still pending, and AcctCorp's counsel continues to be informed by subpoenaed parties that their respective representatives are spread around the United States, thereby requiring either (1) the incurring of significant expense or (2) the various depositions be conducted by remote means to minimize costs for all involved; and

WHEREAS, Plaintiffs' counsel and AcctCorp's counsel agree that for purposes of time and cost efficiency, it is in the parties' and the various third-parties' best interest that the depositions be conducted by remote means should the subpoenaed party request, and they hereby ask the Court to enter an order on this stipulation, pursuant to FRCP 30(b)(4), to allow the remote deposition of the subpoenaed 30(b)(6) designee(s) requesting such accommodation.

Dated this  2nd  day of November, 2018.

| MARQUIS AURBACH COFFING | THE LAW OFFICE OF VERNON NELSON, PLLC |
|---|---|
| By:   /s/ Jared M. Moser<br>Terry A. Coffing, Esq.<br>Nevada Bar No. 4949<br>Chad F. Clement, Esq.<br>Nevada Bar No. 12192<br>Jared M. Moser, Esq.<br>Nevada Bar No. 13003<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendants* | By:   /s/ Vernon Nelson<br>Vernon Nelson, Esq.<br>Nevada Bar No.:  6434<br>9480 South Eastern Avenue, Suite 252<br>Las Vegas, NV  89123<br>*Attorney for Plaintiffs* |

## **ORDER**

IT IS SO ORDERED this 2nd day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE