C

**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CARTER and CHRISTINE CARTER, | Case No.: 2:16-cv-02967-RFB-VCF |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER DIRECTING EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX, AND TRANSUNION TO PRODUCE PLAINTIFFS JOHN CARTER'S AND CHRISTINE CARTER'S CREDIT INFORMATION** |
| RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; RC WILLEY aka RC WILLEY FINANCIAL SERVICES, and RANDALL CORPORATION d/b/a BOWEN LAW OFFICES, | |
| Defendants. | |

Plaintiffs John Carter and Christine Carter ("Plaintiffs") and Defendant Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada ("AcctCorp"), by and through their respective counsel of record, hereby stipulate and jointly move the Court, pursuant to 15 U.S.C. § 1681b(a)(1), for an Order directing Experian Information Solutions, Inc. ("Experian"), Equifax, and TransUnion (collectively, "the CRAs") to produce any and all documents in the CRAs' possession, custody, and control that are responsive to AcctCorp's October 10, 2018 Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action ("Subpoenas").

///

///

MAC:14665-003 3562205_1 11/2/2018 1:48 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1  AcctCorp and Plaintiffs hereby agree and stipulate that each shall cooperate, to the extent

2  necessary, in order to provide counsel for AcctCorp with additional information that the CRAs

3  may reasonably request in order to produce the requested documents.

4  The CRAs shall produce to counsel for AcctCorp, within fourteen (14) calendar days

5  from the date of service of the Court's corresponding Order hereto, all documents within its

6  possession, custody, and control responsive to AcctCorp's Subpoenas, including, but not

7  necessarily limited to, the following categories of documents identified in the Subpoenas:

8  1. A comprehensive and detailed credit report for Plaintiffs, the scope of which shall

9  cover the time period from January 1, 2014, to present;

10  2. A comprehensive and detailed credit report (or other summary, graph, chart,

11  compilation, etc., of the credit reports) for John Carter and Christine Carter,

12  respectively, from January 1, 2014, to present, that identifies their credit score as it

13  changed from time to time, with sufficient detail to be able to identify the changed

14  credit score, when it changed, and why it changed; and

15  3. Any and all records relating to any deletion, removal, or other termination by

16  Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada of any negative

17  reference reported on John Carter's and Christine Carter's respective credit reports.

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

MAC:14665-003 3562205_1 11/2/2018 1:48 PM

Additionally, the CRAs are directed to participate in depositions of their respective FRCP 30(b)(6) designee(s) as provided in the respective Subpoenas to Testify at a Deposition in a Civil Action served by AcctCorp upon each of the CRAs.

Dated this 2nd day of November, 2018.

MARQUIS AURBACH COFFING

THE LAW OFFICE OF VERNON NELSON, PLLC

By:  /s/ Jared M. Moser
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Defendants*

By:  /s/ Vernon Nelson
Vernon Nelson, Esq.
Nevada Bar No.: 6434
9480 South Eastern Avenue, Suite 252
Las Vegas, NV 89123
702-476-2500
Fax 702-475-2788
vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiffs*

**ORDER**

IT IS SO ORDERED this 9ᵗ⁵ day of November, 2018.

_____
UNITED STATES JUDGE

Page 3 of 3