VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
6787 W. Tropicana Ave., Suite 103
Las Vegas, NV   89103
Tel.: 702-476-2500
Fax. : 702-476-2788
E-mail : vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiffs John Carter and Christine Carter*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CARTER and CHRISTINE CARTER,<br><br>Plaintiffs,<br><br>v.<br><br>RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation; RC. WILLEY aka RC WILLEY FINANCIAL SERVICES, and JEROME R. BOWEN, ESQ.<br><br>Defendants. | Case No.:   2:16-cv-02967-RFB-VCF<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that JOHN AND CHRISTINE CARTER, Plaintiffs in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 30th day of September, 2019. A Representation Statement pursuant to Circuit Rule 3-2(b) is attached to this Notice of Appeal.

DATED this 28th day of October, 2019

                                                  THE LAW OFFICE OF VERNON NELSON
                                                    */s/ Vernon Nelson*
                                                  VERNON NELSON, ESQ.
                              By:  Nevada Bar No.: 6434
                                                  9480 S. Eastern Avenue, Suite 252
                                                  Las Vegas, NV   89123
                                                  Tel: 702-476-2500
                                                  Fax: 702-476-2788
                                                  E-Mail:  vnelson@nelsonlawfirmlv.com
                                                  *Attorney for Plaintiffs John Carter and Christine Carter*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| John & Christine Carter |

Name(s) of counsel (if any):

| |
|---|
| Vernon Nelson, The Law Office of Vernon Nelson |

Address: 6787 W. Tropicana Ave., Suite 103, Las Vegas, NV 89103

Telephone number(s): 702-476-2500

Email(s): vnelson@nelsonlawfirmlv.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Richland Holdings dba AcctCorp of Southern NV, RC Wiley aka RC Wiley Financial Services, Jerome R. Bowen, and Randall Corporation dba Bowen Law Offices ("Bowen") |

Name(s) of counsel (if any):

| |
|---|
| Terry Coffing, Chad Clement, Jared Moser, Marquis Aurbach Coffing |

Address: 10001 Park Run Drive Las Vegas, Nevada 89145

Telephone number(s): Telephone: (702) 382-0711

Email(s): tcoffing@maclaw.com cclement@maclaw.com jmoser@maclaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*

**Form 6**                                                *2*                                         *New 12/01/2018*